# EXHIBIT C

1:35
◀ Outlook
📶 5G 🔋

← Post



**Charles Johnson's Thought**
@JohnsonThought1

**Follow**

As many of you know, I'm currently suing Clearview. They have been dumping attorneys left and right but now it appears that Ronald A. Giller is Clearview's new attorney. Giller has a longstanding relationship with Rudy Giuliani.



PREPARED FOR
GIULIANI FOR NEW YORK

APRIL 8, 1993

*"The art of war teaches us to rely not on the likelihood of the enemy's not coming, but on our readiness to receive him; not on the chance of his not attacking, but rather on the fact that we have made our position unassailable."*

documentcloud.org  *Sun Tzu, The Art of War*

11:49 PM · Apr 24, 2023 · **4,001** Views

💬 3     🔁 7     ♥ 15     🔖 3

**Charles Johnson's Thou** @Johns · Apr
Richard Schwartz, who cofounded

💬 3   ↻ 7   ♡ 15   🔖 3   ⬆

**Charles Johnson's Thou** @Johns · Apr 24  •••
Richard Schwartz, who cofounded Clearview with me, was very close to Rudy Giuliani.

💬 3   ↻   ♡ 6   📊 1.1K   🔖

**Charles Johnson's Thou** @Johns · Apr 24  •••
Giller was also Giuliani's "research director" until he was forced from the mayor's office amid scandal.
web.archive.org/web/2010112603...

💬   ↻   ♡ 2   📊 804   🔖

**Blonde Undercover** @tbeadick · Apr 25  •••
Your future became brighter then, if this is who they settled on.

💬 1   ↻   ♡ 1   📊 214   🔖

**Charles Johnson's Thou** @Johns · Apr 25  •••
Oh, I know. We're definitely going to investigate all of these people with a fine tooth comb.

💬   ↻   ♡ 4   📊 207   🔖

**Vaccinated-ScienceI** @traci_wa · Apr 25  •••
Ronald and Gudy!

♡ 16   📊 154   🔖

🔒 twitter.com







**Charles Johnson's Thought**
@JohnsonThought1

I cannot believe how good the timing is. Clearview's opposing attorney is Ron Giller, who did the vetting of Giuliani for his mayoral campaign.

He should resign.

11:18 AM · May 16, 2023 · **4,973** Views

el_oso 🇺🇸 ✓  @LopezMotorsCars · May 16