# EXHIBIT D

# AI, Crimes Against Children And Media Their Coverup

It's a bad time to be a pedophile especially if you're a public official.



CHARLES JOHNSON

OCT 31, 2023

♡ 2    💬 1                                                                                     Share

We are in a Season of Justice right now and I'm here for it.

Most recently there's the arrest of former N.D. state senator Ray Holmberg [indicted on child pornography charges](#).

Don't forget that Holmberg is [the longest serving state legislator](#) in North Dakota history and intimately involved in the prison industrial complex there.

Rather crucially Holmberg was chairman of appropriations and the rules committee. North Dakota attorney general Wayne Stenehjem, who was an ally of Holmberg, also died under very strange circumstances.

I happened to work a little on these topics.

So believe me when I say we are currently busting a massive pedophile ring in North and South Dakota the likes of which I have found to be one of the more disturbing things I have ever investigated. It's the nightmare stuff and it was protected by the Trump DOJ and Bill Barr.



It ties into the credit card industry, Kristi Noem's governorship, the trusts of South Dakota, and the setting up and taking down of former Attorney General Jason Ravnsborg by organized crime. If you listen closely you'll also hear the name T. Denny Sanford who is a billionaire implicated in child sexual molestation.

While we are on the topic of child molestation & covering it up I do find it very interesting that I discussed my experience of child abuse with Kashmir Hill but it oddly didn't make her book, [Your Face Belongs to Us: A Secretive Startup's Quest to End Privacy as We Know It](). It certainly colors things if I am a survivor of child abuse working in facial recognition.

My abuser was my manic depressive uncle. You can read about him in his obituary [here]().

To this day my uncle's siblings — my aunts and uncles — deny it happened. It's extremely painful. I wasn't alone though. I told Kashmir all about it.

I spoke with Hill a lot for her book — she credits me and recently signed a copy of the book. I congratulate her on her successes but my uncle Eric didn't make the cut.

Hill also admits that the best use case of facial recognition is protecting children and I also told her that Hoan was also a victim of child abuse. Hoan and I discussed it often when we built Clearview.

I understand that it's easier for the media to smear me as some sort of extremist or alt right this or that or whatever — even though I am an open Biden supporter. Curiously these details never seem to make it into the book or on Hill's press tour.

Hill herself argues that Clearview exists because of an "ethical arbitrage." She claims that other tech companies were ahead of Clearview on facial recognition. That isn't true but even if it were why would companies that have gotten in trouble for systematically abusing children have released a product that's used to protect children?

I'm often spoken about on Hill's book tour as a "troll" or an otherwise disreputable person. In truth I'm a successful entrepreneur whose work continues to have a huge effect on the world in a positive direction.

I told her that I was a federal informant and I invited her to cover the lawsuit against Clearview.AI which I am currently engaged in. She didn't.

I suspect a major reason Hoan and I were split up by foreign ops, chiefly from Israel, was because we made a very powerful combination. Indeed it's only when I reported Israeli ops to the FBI that Hoan's and my relationship cooled and I was cut out of the company. Microsoft, mind you, invested in AnyVision — that is before the government got involved. Fortunately the federal courts are sorting it out.

Sadly Hoan has allowed the abuse he suffered to turn him to alcohol, to make him socially avoidant and to avoid doing the right thing. Unfortunately that's not been good for him and the company as a whole.

I get that it's easier to smear me than to take seriously how my own experiences and fatherhood made it so that I wanted to build a world safe for children. Look closely and you'll see it in all of my work. This experience inspires my faith and guides my politics.

But in truth I am really standing up for myself. It's long overdue.

If it seems I'm going hard these days it is because I wish someone had for me.

Apropos of the AI summit today I wanted to thank Annie Altman who was victimized by her brother Sam. Sam has power and [Annie doesn't so Annie's story hasn't gotten out](). But does OpenAI really work? Or is it just another foreign backed front?

> **Charles Johnson's Thoughts and Adventures**
>
> **Why OpenAI's Microsoft Must Be Shut Down Immediately**
>
> We've already discussed the problems with the Microsoft-Activision merger and why I think it needs to be shut down on public health, countermob and counterintelligence grounds. Yes, we, good thinking people, are against mobsters financing video game companies and inflicting them on America's youths. We're against that sort o…
>
> Read more
>
> 9 months ago · 15 likes · 2 comments · Charles Johnson

In Washington they still haven't gotten the memo.

My cofounder Hoan Ton-That is on the guest list of Senator Majority Leader Chuck Schumer's AI insight forums. Schumer's daughters work for Big Tech — the same Big Tech that's exploiting children. Conflict of interest much?

The real experts on this sort of technology aren't there and that's a real shame.

> **Charles Johnson's Thoughts and Adventures**

**Advice For the US and UK on AI**

"Nothing computers have done so far can compete with our brains in terms of originality or flexibility. They are not poisoned to outwit us, and perhaps striving to make them think more like us is the wrong approach. Instead, machines will always be most useful to us precisely...

Read more

5 months ago · 10 likes · Charles Johnson

No matter. We'll get it sorted—or we will get rid of Schumer. Are you ready yet AOC? What about you Leticia James?

I'm currently suing Clearview.AI and Hoan Ton-That in federal court. I'm winning.

But we made the company for the kiddos.

Maybe it's time for the moms of the world to have a say...



Just say no to exploitation.

## 1 Comment

Write a comment...

**Qw** Nov 1

Sorry about what happened to you but I'm glad you are trying to help others

LIKE   REPLY   SHARE

© 2023 Charles Johnson · Privacy · Terms · Collection notice
Substack is the home for great writing