# ALSTON & BIRD

90 Park Avenue
New York, NY  10016
212-210-9400 | Fax: 212-210-9444

Steven L. Penaro              Direct Dial: 212-210-9460              Email: steve.penaro@alston.com

June 3, 2024

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *Johnson v. Clearview AI, Inc., et al.*, Civil Action No. 1:23-cv-02441-KPF

Dear Judge Failla:

We represent Plaintiff Charles Johnson ("Plaintiff") in the above referenced matter. Pursuant to the Court's Order, dated May 20, 2024 (Dkt. No. 40), at this juncture, Plaintiff does not intend to file a Second Amended Complaint in which Count Three is repleaded.

We appreciate the Court's attention to this matter.

Respectfully Submitted,

Steven L. Penaro

cc:    Counsel of Record (via ECF)

Alston & Bird LLP                                                                                                       www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

The Court is in receipt of Plaintiff's above letter indicating that he does not intend to file a Second Amended Complaint in which Count Three is repleaded pursuant to the Court's May 20, 2024 Order (Dkt. #40).

The Court hereby ORDERS Defendants to file an answer to Plaintiff's Amended Complaint on or before **June 21, 2024**. The Court further ORDERS the parties to meet and confer and submit a proposed case management plan and scheduling order (a fillable version of which can be found at https://www.nysd.uscourts.gov/hon-katherine-polk-failla) on or before **June 28, 2024**.

Further, Plaintiff's request for an extension of time to submit his letter advising the Court as to whether he intends to file a Second Amended Complaint (Dkt. #41) is hereby DENIED as moot.

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

Dated:     June 4, 2024                    SO ORDERED.
           New York, New York

                                           *Katherine Polk Failla*

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE