# EXHIBIT A

## Disastrous

**charles@traitwell.com Charles Johnson**                    Saturday, October 24, 2020 at 9:18:39 AM Pacific Daylight Time
To: charles@traitwell.com Charles Johnson
To: hoan@clearview.ai hoan@clearview.ai, richard@clearview.ai richard@clearview.ai
Cc: hal.a.lambert@gmail.com Hal Lambert

In light of that terrible interview and effective immediately I no longer support the direction of the company nor its leadership. I am withdrawing my support. And given that I, a cofounder of the company, was thrown under the bus in a public manner to stroke Hoan's ego I consider our already breached agreement over with.

You cannot be the CEO of a facial recognition and not believe in facial recognition as a force for good in the world.

This is an overlawyered company with a terrible strategy.

You are cowards who do not deserve to run the company moving forward.

—Charles

Sent from ProtonMail Mobile