# EXHIBIT B

# Integrity

**charles@traitwell.com Charles Johnson**	Saturday, October 24, 2020 at 10:02:48 AM Pacific Daylight Time
To: charles@traitwell.com Charles Johnson
To: hoan@clearview.ai hoan@clearview.ai, richard@clearview.ai richard@clearview.ai, hal.a.lambert@gmail.com Hal Lambert

Hey all,

Hoan has now lied to both the Wall Street Journal and the New York Times about my involvement with the company.

Just documenting this for later.

—Charles

Sent from ProtonMail Mobile