# EXHIBIT G

## Noting for the record

**charles@traitwell.com Charles Johnson**  Wednesday, April 27, 2022 at 9:07:15 AM Pacific Daylight Time
To: charles@traitwell.com Charles Johnson
To: hoan@clearview.ai hoan@clearview.ai, richard@clearview.ai richard@clearview.ai, hal.a.lambert@gmail.com Hal Lambert

Hey Hoan, Hal, and Richard,

Just letting you know I watched Hoan lie to Drew Harrell of the Washington Post about my involvement in cofounding Clearview. https://youtu.be/0fxD39cvKXQ

I'm disappointed to see this.

Boy is discovery going to be illuminating.

All the best,
Charles

Sent from ProtonMail for iOS