UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================== :
CHARLES JOHNSON,                   :
          Plaintiff,             :
                                    :
   — versus —                      :    23-cv-02441-KPF
                                    :
                                    :    COUNTERCLAIM DEFENDANT'S
CLEARVIEW AI, INC., HOAN           :    ANSWER TO DEFENDANTS'
TON-THAT, RICHARD SCHWARTZ,        :    COUNTERCLAIMS
          Defendants.             :
================================== :

    Counterclaim Defendant CHARLES JOHNSON, by and through his attorney of record, Bernard V. Kleinman, does respectfully respond to Counterclaim Plaintiffs, as follows:

    A. Admits the allegations in Counterclaim ¶¶ 5, 29, 36.

    B. Neither Admits nor Denies the allegations in Counterclaim ¶¶ 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19a, 19b, 19c, 19d, 19e, 30, 33, 37, 38, 40, 42, 43, 48, 52, 53.

    C. Denies the allegations in Counterclaim ¶¶ 1, 31, 32, 34, 35, 39, 41, 44, 45, 46, 47, 49, 50, 51, 55, 56, 57, 58, 59, 60.

    D. Neither Admits nor Denies the allegations as the Document speaks for itself in Counterclaim ¶¶ 20, 21, 22, 23, 24, 25, 26, 27, 28, 54.

Dated: July 26, 2024
       Somers, NY

                                    Respectfully submitted,
                                    Law Office of Bernard V. Kleinman, PLLC

                                    /s/ *Bernard V. Kleinman*
                                  Bernard V. Kleinman, Esq.
                                  Attorney for Plaintiff-Counterclaim Defendant
                                      CHARLES JOHNSON
                                  Law Office of Bernard V. Kleinman, PLLC
                                  108 Village Square
                                  Suite 313

Somers, NY 10589-2305
Tel. 914.644.6660
Mobile 203.981.0781
Fax 914.694.1647
Email: *attrnylwyr@yahoo.com*