# EXHIBIT A

5:28

reposted

 **Charles Johnson's Thoughts**    Follow
@JohnsonThought1

Settlement talks broke down with Clearview.AI. I offered a very generous price to acquire the company but was rebuffed.

Unfortunately Hoan Ton-That continues to instruct his attorney Ron Giller to be complicit in Ton-That's securities fraud and criminality.

1/2

3:24 PM · Dec 18, 2024 · **2,946** Views

💬 1      🔁 7      ♥ 21      🔖 2      ⬆

 **Charles Johnson's Thoug**l @Johnsor · 2h ···
I am committed to a just settlement of the Clearview.AI matter on behalf of the public, our country, & the requisite shareholders and stakeholders.

We will now begin to increase the pressure on the board, which includes representatives of the UAE & Hal Lambert.

2/2

💬 1      🔁 5      ♥ 18      📊 2.2K      🔖 ⬆

 **The Information** ✅ @theinformation · Ad ···
Lead Edge, the NY firm that's been buying

🔒 x.com — Private