# EXHIBIT B



**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Thu, 19 Dec 2024 10:42:37 +0000
From: Charles Johnson <charles@traitwell.com>
To: "hoan@clearview.ai" <hoan@clearview.ai>
Message-ID: <licDB1cBM4UmX0NIzmlTMwu6fxKoOdgQyPpkUdRmhF-kFplrAL_sAGeKq7NI2YgyEui1R_-Ij5l_Kb
Subject: Done now

> Matched Rules

Hey Hoan,

I just wanted you to know that it's done now.

You won't get any more chances.

—Charles

Sent from Proton Mail for iOS

The information contained in this email message or its attachments is confidential and may be subject to attorney-client privilege. If you are not the intended recipient, dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this email by mistake, please notify the sender immediately and delete it from your account.

The information contained in this email message or its attachments is confidential and may be subject to attorney-client privilege. If you are not the intended recipient, dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this email by mistake, please notify the sender immediately and delete it from your account.