# EXHIBIT C



**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Sun, 22 Dec 2024 20:12:27 +0000
From: Charles Johnson <charles@traitwell.com>
To: Hal Lambert <hal.lambert@pointbridgecapital.com>, "hoan@clearview.ai" <hoan@clearview.ai>
Message-ID: <33TvobiMw6adoK44U7pUQ9Hzh0TxIJwzORtN1JsEBCRCJaleDmjbTsipJHqxDxjCYEmNg1BT56...
Subject: Merry Christmas and Happy New Year

> Matched Rules

Hey Hoan and Hal,

Seeing as you are both colluding I wanted to send you both a message.

I wanted you to know that the price I offered for Clearview.AI that your attorney rejected was very real. You're obliged to tell the other board members about that offer but you won't because you're criminals.

I'm going to be instructing my attorneys to work closely with state, federal and international law enforcement agencies which have already been investigating both of you.

I'm sending you this message now because I don't have confidence that your attorneys are, in fact, your attorneys. Doesn't look like they are.

In the future it's not wise to hire an attorney who is a lobbyist for Huawei or one who works closely with the Israelis.

Assuming, of course, that you have another chance after it all comes tumbling out.

Merry Christmas.

The information contained in this email message or its attachments is confidential and may be subject to attorney-client privilege. If you are not the intended recipient, dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this email by mistake, please notify the sender immediately and delete it from your account.

The information contained in this email message or its attachments is confidential and may be subject to attorney-client privilege. If you are not the intended recipient, dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this email by mistake, please notify the sender immediately and delete it from your account.



**Charles Johnson's Thoug**
@JohnsonThought1

It's always important to let people know what's about to happen to them. This is my email to Hoan Ton-That and Hal Lambert.



Subject: Merry Christmas and Happy New Year

Hey Hoan and Hal,

Seeing as you are both colluding I wanted to send you both a message.

I wanted you to know that the price I offered for Clearview.AI that your attorney rejected was very real. You're obliged to tell the other board members about that offer but you won't because you're criminals.

I'm going to be instructing my attorneys to work closely with state, federal and international law enforcement agencies which have already been investigating both of you.

I'm sending you this message now because I don't have confidence that your attorneys are, in fact, your attorneys. Doesn't look like they are.

In the future it's not wise to hire an attorney who is a lobbyist for Huawei or one who works closely with the Israelis.
Assuming, of course, that you have another chance after it all comes tumbling out.

Merry Christmas.

