UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES JOHNSON,<br><br>                     Plaintiff,<br><br>          -v.-<br><br>CLEARVIEW AI, INC.; HOAN TON-THAT; and RICHARD SCHWARTZ,<br><br>                     Defendants. | 23 Civ. 2441 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court has reviewed the letters filed by Defendants' counsel regarding social media posts published by Plaintiff. (Dkt. #60, 61). Pursuant to the Court's Individual Rules, Plaintiff's response to the letter filed on December 24, 2024 (Dkt. #60) is due today, December 30, 2024. As of 6:30 p.m., the Court has not received a response. The Court ORDERS Plaintiff to file a combined response to both letters on or before **January 3, 2025, at 9:00 a.m.** Once a response is received, the Court intends to schedule an in-person conference to address Plaintiff's apparent difficulty in abiding by Court orders.

      SO ORDERED.

Dated:  December 30, 2024
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge