UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES JOHNSON,<br><br>                       Plaintiff,<br><br>            -v.-<br><br>CLEARVIEW AI, INC.; HOAN TON-THAT;<br>and RICHARD SCHWARTZ,<br><br>                       Defendants. | 23 Civ. 2441 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for March 12, 2025, is ADJOURNED to **May 7, 2025, at 10:00 a.m.**, after Plaintiff has responded to all of Defendants' fact discovery requests in this case and all fact depositions have been completed in accordance with the Court's January 16, 2025 order.  (*See* Dkt. #68).

SO ORDERED.

Dated:   February 11, 2025
         New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge