# Exhibit A

# EXHIBIT A

**Brian Macellaro**

| | |
|---|---|
| **From:** | Christie Smythe <christie@ipvm.com> |
| **Sent:** | Saturday, February 1, 2025 11:05 AM |
| **To:** | Ronald Giller; media-requests@clearview.ai |
| **Subject:** | Journalist checking on Clearview AI/Johnson suit |
| **Attachments:** | OrderJohnsonClearview.pdf |

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Hello,

I'm a reporter with IPVM, a niche investigative journalism and information service that focuses on the surveillance technology industry. I focus on covering legal issues.

We have followed Charles Johnson's lawsuit against Clearview AI somewhat, and I'm now working on an article about the status of the case as outlined in the judge's recent order below. I have a few questions. (Also I reached out to Johnson, he responded by calling me directly, and I have a few additional questions based on that conversation.)

1. Has Clearview AI reached a settlement with Johnson in the case?
2. Was Clearview AI ever in serious settlement discussions with Johnson?
3. Were Johnson's negative social media posts about Clearview AI and its founders (submitted to the court as exhibits and discussed in letters) based in any fact?
4. Who were the third parties Johnson was using as "amanuensis"?
5. Why did Johnson drop his claims against Clearview AI? He alleged to me that DHS agents told him not to pursue the case. Is that accurate?
6. Does Clearview AI have any connection to China or Chinese companies or investors? Johnson told me it is a "Chinese spyware company"?
7. What does Clearview AI hope to get from Johnson by pursuing the counterclaims?

Thanks for any help. We may run something as soon as Monday, but I may also be able to wait on it if it's possible to get a more substantive reply. Just let me know.

Thanks,
Christie Smythe
347-661-1049 (cell)

