# Exhibit B

# EXHIBIT B

# Would You Look At That! Now Vindicated on Clearview.AI, Exposing Hal Lambert's Foreign Ties...

I expect to be paid back and in full for the theft and defamation against me.

 **CHARLES JOHNSON**
FEB 20, 2025

♡ 13    💬    ⟳ 3                                                              Share

Last month I told a federal judge that I would refrain from posting about Clearview.AI on social media. I don't want her to think that this post constitutes a work around her admonition but I do believe that the public has a right to know what's going on at arguably the most dystopian tech company.

I'm currently being sued by Clearview.AI, which is really Hal Lambert, and by Point Bridge Capital, which is really Hal Lambert.

## This is fitting because a lot of my problems at Clearview.AI began when I told Hal Lambert that I wasn't comfortable selling facial recognition technology to the Israeli Defense Forces to target Palestinians and protestors against the Israeli war machine.

Lambert has a long, long history of smuggling Israeli, Chinese and Russian cash into our political system as a fundraiser for the Republican Party.

After that there was a fake predicate for stealing my shares from Clearview.AI.

Lisa Linden, the PR flack at Clearview.AI, worked quite closely with none other than Eliot Spitzer, the disgraced governor of New York. She defame me repeatedly to the press.



## Floyd Abrams, Eliot Spitzer, Hoan Ton-That, Jonathan Winer

3826621
Clearview AI Lawyer Appreciation Day Reception
June 9, 2022

She was added in that deceit by none other than Jonathan Winer, the controversial promulgator of the Steele dossier, who lied about me to Jessica Le Masurier and others.

Charles Johnson's Thoughts and Adventures

**Take It From Me: The Dutch Are Right to Sanction Clearview.AI!**

If you should find yourself learning from my Substack, consider becoming a paid subscriber...

Read more

6 months ago · 10 likes · 1 comment · Charles Johnson

But it's all coming undone now.

I did not want to tell the judge that but I felt limited in what I could say. Apparently the way this scam has worked is that first they defame you then they try to use a federal judge to silence you. I've called for a full investigation into what's been transpiring at Clearview and increasingly it appears I'm going to get just that. God bless America. It's very late in the day but hey, we finally are getting it.

So alas I'm somewhat limited in what I can say about the news other than to say that karma is undefeated. Yesterday brought news that Hoan Ton-That had stepped down as CEO of Clearview.AI in December.

Of course Hoan Ton-That's departure as CEO of Clearview.AI was expected. He had no business running a company given his past brushes with the law and securities fraud to say nothing of his unethical behavior.

What wasn't expected is that Hal Lambert is now the co-CEO but it's obvious in retrospect that Lambert's greed would get the better of him so here we are.

Let's quote Lambert from the sadly paywalled *Forbes* article, "Clearview AI's CEO Resigns As Facial Recognition Company Focuses on Trump 'Opportunities.'"

> Lambert says he's stepped in to help Clearview "with the new administration," adding, "There's some opportunities there. I'm going to help with that effort."

...

> "Under the Trump administration, we would hope to grow more than we were able to under the Biden administration... We're talking to the [Pentagon], we're talking to Homeland Security. There are number of different agencies we're in active dialogue with."

Lambert continued:

> "The last four years, it's been very difficult on the federal side," Lambert told *Forbes*.
>
> "We've had lawsuits and all the stuff that's going on that's really designed to hamper things and slow things down. So I think a lot of that is behind us."

That isn't true and it isn't how federal contracting works anyway. The problem with Clearview.AI is one of trust and integrity, which little of its leadership possesses.

The problem, of course, is that Hal Lambert's career has been built on criminal fraud and that, too, will soon become clear.

He ran the Chinese-built MAGA ETF *while endorsing Governor Ron DeSantis*'s failed campaign for president.

Lambert is currently suing your humble correspondent over an investment in a satellite company which I had introduced him to! I have the emails!

Since then his lawyer abruptly quit working for Quinn Emanuel and has now moved on to DLA Piper. But they didn't do a conflict check. Had they, they would learn that my family is already represented by DLA Piper. Whoops! Not sure how that's going to work out.

And though I bravely sacrificed my shares to tell the truth about Clearview.AI and to warn the public, my family are still shareholders in Clearview.AI.

Naturally I think we can make a strong case that Lambert, in using Clearview.AI resources to pursue his scam against me in the Umbra case, is violating his fiduciary obligations to Clearview.AI shareholders.

Lambert opens himself up to a shareholder lawsuit. Now there's an idea...

Of course Lambert has bigger problems as he's a front for foreign interests moving money into the American tech and politics, much of which will be detailed elsewhere.

I made that argument before federal court

Here's Biometric Update discussing Clearview's problems.

> The extent to which Clearview's settlement in biometric data privacy litigation is behind it is still up for debate, with some stakeholders fighting a deal that would see plaintiffs take a 23 percent stake in the company. Lambert's Point Bridge Capital has also filed a lawsuit against Charles Johnson, who also claimed to be a Clearview co-founder, alleging fraud and extortion. Johnson dropped his own suit against Clearview, he says at the behest of DHS, and suggested a connection between Clearview and Chinese intelligence.

There are, of course, more problems with foreign intrigue and Clearview.AI.

But until then here's but a taste.

As for the Russian ties...

In an interview with The Drone Ultimatum on January 24, 2025, Umbra cofounder Gabe Dominocielo told the interviewer that "Hal Lambert (10:55), me, and I won't say who it is" invested in Firehawk Aerospace.



Satellites, Investing, and Defense Tech's Future | Gabe Dominocielo (Podcast Ep....

Dominocielo was spotted around that time working with Rebekah Mercer. He informed John Burbank — who has his own foreign ties to Russia that Mercer is "super patriotic." At the time I advised Lambert, Dominocielo and Burbank that Mercer worked closely with the Russian government and to be careful.

Mercer is well known to be a front of the Russian world. Her ex-husband was Russian and her family and colleagues paid a $7Billion tax settlement with the IRS — one of largest tax bills in history.

Mercer works closely with Chris Buskirk at 1789 Capital, the very firm that increased the round for Firehawk and put money in Dominocielo and Lambert's pocket.

1789 Capital also gave Tucker Carlson $15M. Carlson is thought to have received money from the Russian world. Lambert is friendly with both Buskirk and Carlson, naturally.

Charles Johnson's Thoughts and Adventures

**A Few Quick Thoughts on Tucker Carlson and Foreign Influence Operations...**

The other night I hosted a space with Eric Garland discussing the erstwhile Tucker Carlson for whom I once worked at the Daily Caller...

Read more

2 years ago · 15 likes · Charles Johnson

Mercer was a cofounder of Parler which was cofounded by an American married to a Russian and which had its servers in Russia. Mercer, who once backed Breitbart and Milo Yiannopoulos, is said to provide a few million to conservative commentator Candace Owens.

When this began I was very clear with this network: You can stop committing frauds on the American public. Or you can be defeated.

Stop stealing from Americans on behalf of foreigners. It's over now.



**space_investor**
Berlin, Germany - Europe

···

19 likes

**space_investor** Checkpoint Charlie in Berlin.
Only remnants of the wall remain.

13 Likes · 3 Restacks

**Discussion about this post**