# Exhibit A

# What You're Supposed To Believe... Turkish Edition

And a few hilarious asides about corrupt attorneys in the Big Apple



**CHARLES JOHNSON**
MAR 05, 2025

♡ 14          Share



Yours truly in Turkiye in 2023.

I oftentimes try to keep track of what you're supposed to believe so as not to fall too far outside of conventional wisdom. You have to be careful out there, friends.

You're supposed to believe that the October 1 attack (allegedly by the PKK) against Turkish parliament in Ankara — an attack I narrowly dodged — has nothing to do with the October 7th attack in Israel despite the close alliance between the Israelis and the Kurdish terrorists. (Or the well-documented ties between Türkiye, Qatar and Hamas...)

Or that the death of the strange Turkish cleric Muhammed Gülen in Pennsylvania has nothing to do with ending the excuses for Turkish leader Recep Erdogan as concerns comity between America and Türkiye. Oh and using Bayraktar drones to blow up Russian S-400s kind of ended that whole thing, didn't it?

Or that the historic PKK peace deal — [40 years of conflict coming to an end!](#) — isn't linked in some sense to the reality that the Turkish military was going to sever the illegal Kurdish oil trade between Israel and ~~Kurdistan~~ "Northeast Syria." Isn't that why Israel is invading Syria and the Damascus suburbs?

You are supposed to think that the normalization between Armenia and Türkiye isn't going to happen despite every indication that it is well underway. What will it mean when NATO brings about a peace deal between Armenia and Türkiye? Yes, [Armenia an indispensable country](#).

Or that the gas deal between Türkiye and Turkmenistan isn't a really big deal despite every indication that it is.

You shouldn't notice that Türkiye is increasingly investing in the U.S. tech scene, that it feeds Americans, and that it, like its old ally France, is moving full speed toward a post-carbon world.

They don't want you to notice that [the famous Bayraktar drones](#) are gracing Indonesia's— and perhaps even Italy and Colombia's — skies. Türkiye, with the

second largest army in NATO, is on the march.

I shared a series of visions that I had had back in October 2023.

> I see a Russian-Ukrainian armistice signed in front of a Tatar defense secretary a brokered by a Turkish prime minister. I see solar powered cars like Aptera ferryi Turks to and fro — rendering in one fell swoop irrelevant Russian and Saudi oil. see Turkish drones replacing Chinese-Israeli drones on our border. I imagine American commuters riding on electric bikes made not in China but in Turkiye. Elon was invited to Teknofest by Erdogan but I went on my accord, invited as I v by a daughter of Atatürk.

It's worth pointing out that on that first point I was precisely correct. Erdogan is emerging as the dominant player. You can easily imagine Turkish construction firm and Russian energy being used to rebuild Ukraine.

Isn't it interesting that Hal Lambert — who appeared on Emirati TV, of course — w asking for the names of all the Turkish spies I know in a discovery request?

Did you know that Lambert worked for Sid Bass, one of the wealthiest Mormons in America? Lambert was until recently represented by the Chinese-Mormon firm Qu Emanuel which is currently representing fraudster Charlie Javice.

Javice tried to sell her fake Chinese-Israeli start up to J. P. Morgan Chase. Did you know that Clearview.AI — which has Chinese and Israeli backing — was also tryin sell itself to J. Morgan Chase?

Weird, man! Lambert is the co-CEO of Clearview.AI, which is represented by Ron Giller, who is harassing me over the Clearview.AI lawsuit despite Hoan Ton-That's departure as CEO. Giller did all the "vetting" of Rudy Giuliani back in the day. How did that vetting hold up?

Well, re-reading that 1993 document now looks a lot like a control file on Giuliani. Don't get out of line, Mr. Mayor!

Naturally Giller worked with professional dirt diggger Christopher Lyon, described thusly in the *New York Times*.

> "One New Jersey Republican consultant who has worked with Mr. Lyon describes him as a relentless researcher who can trace money trails from records in county courthouse basements. As the consultant, who refused to be identified because it might damage his own political relationships, put it: 'He brings you the entire kitchen sink, and says, 'Look what I have brought you, a kitchen sink. Let's throw at the guy.' You have to have a grown-up around who says, 'Well, I'm not sure we should throw the entire kitchen sink at the guy, but what an interesting brass sp you found''

Is Mr. Giller trying to throw the kitchen sink at me now? Perhaps on behalf of a foreign government? Gosh, I really hope not!

Giller is really mad that I've been very politely, but very firmly, refusing to be gagged by him and his firm. We're supposed to talk about it *again* with the judge early next month.

What part of "I won't be gagged when I'm whistleblowing about a corrupt foreign-backed company" do you not get?

God, take the L, man. You should really withdraw from the case with what's left of your reputation but I think we both know why you can't do that. You represented the modern equivalent of Theranos and WeWork. This is called a sting.

Jonathan Winer's career is effectively over now after being caught peddling the Fus GPS dossier.

And it all happened because your client used a sleazy PR agent Lisa Linden to lie to the press and I defended myself by telling the truth.

Did you know that Lisa Linden was the crisis PR for Eliot Spitzer?



And speaking of New York pols you're of course supposed to believe that Mayor Eric Adams is super duper corrupt or something for getting upgrades on Turkish Airlines yeah, really…

… and yet you're suppposed to ignore the Federalist Society member Danielle Sassoon is from that famous drug trafficking Sassoon family, which hails, of course, from Kurdistan. Conflict of interest much?



Jewish Dynasties: The Sassoons

Would we tolerate a daughter of the Sacklers advising on drug policy? No, right?

Or do we just let the Sacklers fund J.D. Vance right?

Charles Johnson's Thoughts and Adventures

**J. D. Vance Will Replace You Now: Opioids, Foreign Intel and The Extinction of the Hillbillies**

Welcome new readers. If you want to support the work that goes into my writings and research please feel subscribe to the paid version. It'll never have a paywall...

Read more

8 months ago · 33 likes · 8 comments · Charles Johnson

Play a little more honest, old boys.

You know we can see you, right?

## Subscribe to Charles Johnson's Thoughts and Adventures

Launched 5 years ago

A few thoughts here and there

Type your email...    Subscribe

By subscribing, I agree to Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.

 14 Likes

## Discussion about this post

Comments    Restacks

 Write a comment...

© 2025 Charles Johnson ∙ Privacy ∙ Terms ∙ Collection notice
Substack is the home for great culture