UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES JOHNSON,

                Plaintiff,

           -v.-

CLEARVIEW AI, INC.; HOAN TON-THAT;
and RICHARD SCHWARTZ,

                Defendants.

23 Civ. 2441 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth at the April 2, 2025 conference, the Court imposes sanctions on Plaintiff Charles Johnson as follows:

    (i)    in the amount of $2,000 for his February 20, 2025 post on his Substack.com account, in contravention of this Court's January 16, 2025 Order; and

    (ii)    in the amount of $5,000 for his March 5, 2025 post on his Substack.com account, in contravention of the Court's January 16, 2025 Order.

Sanctions payments are due to Defendants within 30 days of this Order.

Plaintiff is warned again that future violations of this Court's orders in this regard will be met with substantially higher monetary sanctions, this Court's striking his Answer, and/or entry of a default judgment.

    With regard to discovery, the Court resets the following deadlines:

    (i)    supplemental responses to Defendants' interrogatories, requests for document production, and requests for admission are due on or before **April 16, 2025**;

    (ii)    Plaintiff's production and review of ESI and privilege logs is due on or before **May 16, 2025**; and

    (iii)    fact depositions are to be completed on or before **June 6, 2025**.

Plaintiff is once again cautioned that continued violation of this Court's discovery orders will result in substantially higher monetary sanctions, this Court's striking his Answer, and/or entry of a default judgment.

With regard to Plaintiff's motion to dismiss, the Court sets the following briefing schedule:

(i) Plaintiff's motion to dismiss is due on or before **April 11, 2025**;

(ii) Defendants' opposition is due on or before **May 2, 2025**; and

(iii) Plaintiff's reply is due on or before **May 9, 2025**.

Finally, Plaintiff is directed to obtain a copy of the April 2, 2025 conference transcript.

SO ORDERED.

Dated: April 2, 2025
New York, New York

KATHERINE POLK FAILLA
United States District Judge