UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
═══════════════════════════════════  :
CHARLES JOHNSON,                     :
    Plaintiff- Counter-Defendant,  :
                                     :
                                     :
  — versus —                        :   23-cv-02441-KPF
                                     :
                                     :   NOTICE OF MOTION
CLEARVIEW AI, INC., HOAN             :
TON-THAT, RICHARD SCHWARTZ,          :
    Defendants-Counter-Plaintiffs.:
═══════════════════════════════════  :

**PLEASE TAKE NOTICE**, that upon pleadings had herein, the links incorporated by reference therein, and the accompanying brief in support of this motion, dated April 11, 2025, the undersigned will move this Court, before Hon. Katherine Polk Failla, , United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 618, New York, NY 10007, at a date and time set by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1), 28 U.S.C. § 1332(a), and such other statutes and rules relevant and pertinent thereto dismissing Counter-Plaintiffs Cross-Complaint, with prejudice, closing and terminating the case, and for such other and further relief as this court deems just and proper.

Dated:  11 April 2025
        Somers, NY

                                  Respectfully submitted,

                                  /s/ *Bernard V. Kleinman*
                                  Bernard V. Kleinman, Esq.
                                  Attorney for Plaintiff CHARLES JOHNSON
                                  Law Office of Bernard V. Kleinman, PLLC
                                  108 Village Square
                                  Suite 313
                                  Somers, NY 10589-2305
                                  Tel. 914.644.6660

Mobile 203.981.0781  
Fax 914.694.1647  
Email: *attrnylwyr@yahoo.com*

Cc:     All counsel of Record by ECF