**GORDON REES SCULLY MANSUKHANI, LLP**
Ronald A. Giller, Esq.
Mallory J. Benner, Esq.
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (973) 549-2500
Fax: (973) 377-1911
Email: rgiller@grsm.com
Email: mbenner@grsm.com
*Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That and Richard Schwartz*

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARVIEW AI, INC., HOAN TON-THAT and RICHARD SCHWARTZ,<br><br>Defendants. | Case No.: 1:23-cv-2441 |

### DECLARATION OF RONALD A. GILLER, ESQ. IN OPPOSITION OF PLAINTIFF'S MOTION TO DISMISS

I, Ronald A. Giller, hereby declare as follows:

1.   I am an attorney at law of the State of New York and a partner at the law firm of Gordon Rees Scully Mansukhani LLP, counsel for Defendants Clearview AI, Inc., Hoan Ton-That and Richard Schwartz. I submit this Declaration in opposition of Plaintiff Charles Johnson's motion to dismiss.

1

2

2. Attached as **Exhibit A** is a copy of Plaintiff's Second Supplemental Responses to Interrogatories dated April 22, 2025.

3. Attached as **Exhibit B** is a copy of Plaintiff's Supplemental Responses to Requests for Admissions dated April 16, 2025.

4. Attached as **Exhibit C** is a copy of Plaintiff's Supplemental Responses to Interrogatories dated April 16, 2025.

5. Attached is **Exhibit D** is a copy of Defendants' Initial Disclosures dated July 15, 2024.

The foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated: May 2, 2025
      New York, New York

                                                              */s/ Ronald A. Giller*
                                                               Ronald A. Giller