# EXHIBIT A

LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
By:    Bernard V. Kleinman, Esq.
       108 Village Square
       Suite 313
       Somers, NY 10589-2305
       Tel. 914.644.6660
       Fax 914.694.1647
       Email: *attrnylwyr@yahoo.com*
       Attorney for Plaintiff/Counterclaim Defendant

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
===============================   :
**CHARLES JOHNSON,**   :
    **Plaintiff/Counterclaim Defendant,** :    23-cv-02441-KPF
    :
    :
    — *versus* —   :    **PLAINTIFF'S 2nd SUPPLEMENTAL**
    :    **RESPONSES TO INTERROGATORIES**
    :
**CLEARVIEW AI, INC., HOAN**   :    F.R.Civ.P. Rule 33
**TON-THAT, RICHARD SCHWARTZ,**   :
    **Defendants.**   :
===============================   :

TO:
    Ronald Andrew Giller, Esq.
    Gordon & Rees LLP
    18 Columbia Turnpike
    Suite/Floor 220
    Florham Park, NJ 07932
    Ph. 973-549-2500
    Fax: 973-377-1911
    Email: rgiller@gordonrees.com \

   Pursuant to Scheduling Order as entered on or about July 1, 2024, as supplemented by the Court's Order dated January 16, 2025 (ECF No. 68), and the Court's order of April 02, 2025, please be advised of the following Second Supplemental Responses to Interrogatories,

## GENERAL OBJECTIONS TO INTERROGATORIES & DEMANDS FOR PRODUCTION

Plaintiff-Counter Defendant Johnson (hereinafter "Johnson"), incorporates by reference any and all Objections to Interrogatories as previously set forth in his Response dated November 22, 2024, and Supplemental responses dated April 16, 2025.

## RESERVATION OF RIGHTS

By making the following responses to these Interrogatories, Johnson does not waive, and hereby expressly reserves, its objections to these Requests. By making these responses and objections, Johnson does not concede that any information sought by Counter Plaintiffs is discoverable, nor does Johnson waive any objections to the entry or admissibility of such responses under the Federal Rules of Evidence. Johnson makes these responses and objections without waiving or intending to waive the right to object on any ground to the use, introduction, or admissibility of the information provided in response to any Request on any and all grounds, including, but not limited to, competency, relevancy, materiality, and privilege. Subject to and without waiving its General Objections and Reservation of Rights, Johnson responds to the specific requests as follows:

## INTERROGATORIES

6. Identify all documents concerning any litigation or administrative proceeding in which Plaintiff has ever been a plaintiff, complainant, petitioner, charging party, grievant, defendant or respondent (aside from the instant action).

   ANSWER

   Plaintiff was a plaintiff in a lawsuit against Gawker Media (*Johnson v Gawker Media*, 15cv1137, E.D. Mo.), and another case of the Huffington Post (*Johnson v. Thehuffingtonpost.com*, 20cv179, S.D. Tex.). Plaintiff is a Defendant in *Point Bridge*

*Capital, LLC v. Johnson*, 24cv988, N.D. Tex.. *Johnson v. Lambert*, 23cv1485, E.D. Va.; *Johnson v. Lambert*, 24cv1124, E.D. Va.

7. Identify each and every telephone number, cell phone number, social media account (*e.g.*, Facebook, Twitter, Instagram, LinkedIn, TikTok, etc.), e-mail account, or other electronic account created, owned, maintained or controlled by Plaintiff at any time from November 24, 2018 through May 21, 2023.

>ANSWER
>
>To the best of Plaintiff's recollection he states that he does not have a Facebook, Twitter, or Instagram account. His Linkedin account is in his name. His email accounts are charlescarlislejohnson@gmail.com and charles@traitwell.com. Tel. 617.429.4718.
>
>Also: *https://charlesjohnson.substack.com* ; X.com (inactive); Charles Johnson, Signal account

17. Identify all Clearview investors and/or shareholders whom you made oral or written statements to that impugned, attacked, were critical of, or otherwise mentioned the reputation, business or character of Clearview AI, Hoan Ton-That, and/or Richard Schwartz from November 24, 2018 through May 21, 2023.

>ANSWER
>
>"As far as I can recall the only person I have criticized is Hal Lambert, the now co-CEO. I also made comments about ex-Clearview.AI advisory board members Richard A. Clarke, Floyd Abrams, Lee Wolosoky and Lisa Linden."
>
>"Individuals with whom I communicated regarding the named Defendants, who may have been criticized, though any statement made was truthful, include, the following persons:
>
>"David Mittleman                               Alfred Balitzer

| | |
|---|---|
| Gavan Tredoux | Scott Adams |
| Ryan Gable | Amber Talley |
| David Martosko | Kip Talley |
| Jessica Garrison | Steve Sailer |
| Nick Cassimatis | Rod Lauder |
| Jeff Giesea | Rod Wilson |
| Blake Harris | John Burbank |
| Jos Sibley | Rot Enman |
| Gator Greenwill | Tyler Bass |
| Brian Barrett | John Elliott |
| Adam Acosta | Luke O'Brien |
| Cyan Ballister | Roger Corbin |
| Nicholas Thompson | David Des Rosiers |
| Ryan Macy | Ben Narasin" |
| Jos Sibley | |

Dated: April 22, 2025
       Somers, NY

                                            /s/ *Bernard V. Kleinman*
                                            Bernard V. Kleinman, Esq.

## CERTIFICATE OF SERVICE

I am Bernard V. Kleinman, attorney of record for the named Plaintiff herein. I do affirm under penalty of perjury that I did serve the within Plaintiff's Supplemental Responses to Defendants' Initial Interrogatories Defendants' counsel of record, via E-Mail to their attorney of record at the email address below:

        Ronald A. Giller, Esq
        rgiller@grsm.com

Dated: Apr. 22, 2025
       Somers, NY

        /s/ *Bernard V. Kleinman*
        Bernard V. Kleinman, Esq.
        Attorney for Plaintiff JOHNSON
        Law Office of Bernard V. Kleinman
        108 Village Square, Suite 313
        Somers, NY 10589
        Email: attrnylwyr@yahoo.com