# EXHIBIT C

# Charles Johnson's Purchase Offer re Clearview

**sibley@camarasibley.com Joe Sibley**   Tuesday, January 26, 2021 at 8:45:28 PM Pacific Standard Time
To: hoan@clearview.ai Hoan, richard@clearview.ai Richard S
Cc: charles@traitwell.com Charles Johnson

Dear Mr. Ton-That and Mr. Schwartz,

I represent Mr. Charles Johnson, who I understand is one of your co-founders of Clearview as well as owner, through Xavier Capital Trust, of 181,113 common shares.

Mr. Johnson hereby formally extends a friendly offer of $12,000,000.00 USD to purchase Richard Schwartz's shares in Clearview.

Mr. Johnson is also willing to purchase some of Hoan Ton That's shares as well. He intends to capitalize the company to the tune of $50,000,000.00 to $100,000,000.00 USD in a new C financing round. He will also offer to purchase any earlier round investors and we request you make this offer known to them.

Mr. Johnson has great respect for you both but thinks the company could use much needed injection of capital, a change of location, and a professional, venture capital backed board so as best to take advantage of the tremendous and hitherto unrealized potential of Clearview.

So far, I understand the board has failed to satisfy several key obligations of corporate governance and shareholder relations, which has poorly affected the company's ability to attract outside capital and complete large deals. In addition, a very expensive legal strategy has consumed financial resources without any end in sight and the market for Clearview continues to shrink.

Mr. Johnson is also aware that Mr. Ton-That is essential to the technical operations of Clearview and intends to keep him on as CTO with full control over technical questions within the company.

Few companies could have survived the onslaught of media attention and scrutiny Clearview has garnered, but to take the company to the next level Mr. Johnson believes the company must win the argument in the court of public opinion.

Mr. Johnson is backed by several of the existing shareholders in this effort who support the course of action outlined above.

Please forward this to your counsel if you are going to be represented in these discussions/negotiations. I look forward to working with you.

Best regards,

Joe Sibley

**CLEARVIEW-0045**