# EXHIBIT D

From: Charles Johnson<charles@traitwell.com>
Date: On Thu, Aug 5, 2021 at 12:36 PM
Subject: Fwd: Re: Ready to play in the majors yet?
To: hoan@clearview.ai <hoan@clearview.ai>,richard@clearview.ai <richard@clearview.ai>
Cc:
Watch how Facebook continues to get fucked. And Thiel.

And Musk. And Gates.

And yet Amazon continues to do well.

Weird huh?

Sent from ProtonMail for iOS


On Thu, Aug 5, 2021 at 12:34 PM, Charles Johnson <charles@traitwell.com> wrote:

Hey Hoan and Richard,

Are you willing to listen now? Or we going to do more dilution?

Or are we still going with the stroke Hoan's ego strategy? Conferences do not customers make though I grant Hoan looks good when he gives press. You can still be the mascot, Hoan. Nobody needs to know. We can do it Palmer Luckey style.

Time for some changes guys… you can play in the majors but you gotta get your head in the game and maybe bring in relief pitcher.

Gave you the Agency (which you fucked up) and the FBI (which you arrogantly ignored). I wonder why your revenue so low… huh. Didn't I tell you you'd get no contracts if you kicked me out of the company? And you haven't gotten a single federal contract yet. Weird!

Biden government very, very good. All my family friends in the government now, especially intel services. I even got promoted.

Do not listen to Scalzo. Do not listen to Scalzo. Do not listen to Scalzo.

Sent with love,
Charles

PS I moved to Northern Virginia. I wonder why…

Good job moving from RIT to Liberty City Ventures but you're still too Israeli for US government to touch! Love you but they still spying on you. Hence the reach out from ADL and from Jewish groups.

That "Obama" judge sure seems friendly. Huh. And that Kashmir article wasn't so bad. Weird.

What if everything you knew about CIA asset Obama was wrong?


Sent from ProtonMail for iOS