IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
================================  :
CHARLES JOHNSON,                  :
     Plaintiff, Counter-Defendant,:
                                  :
                                  :
     — versus —                   :   23-cv-02441-KPF
                                  :
                                  :
CLEARVIEW AI, INC., HOAN          :
TON-THAT, RICHARD SCHWARTZ,       :
     Defendants, Counter Plaintiffs.
                                  :
================================  :
```

## DECLARATION OF CHARLES JOHNSON

I, Charles Johnson, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the named Counter-Defendant herein.

3. In support of the annexed Response to the Court's Order to Show Cause, I do affirm, under penalty of perjury, that the estimated cost of ediscovery, as forwarded to me by my Counsel, was beyond my financial means, and would have put an excessive strain upon my finances.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed On: June 12, 2025                    */s/ Charles Johnson*
                                              _____
                                              Charles Johnson