This proposal contains proprietary and confidential information of UnitedLex and shall not be used, disclosed, or reproduced, in whole or in part, for any other purpose than to evaluate this proposal

# Estimated Cost for Law Office of Bernard V. Kleinman, PLLC Litigation & Regulatory Work

## Prepared: April 18, 2025

## This is an Estimate

### Quote Summary

| Quote Name | Total Project Cost |
|---|---|
| #3 - Charles Johnson v. Clearview AI, Hoan Ton-That, Richard Schwartz, 23cv02441 | $11,321.86 |

## Quote: Charles Johnson v. Clearview AI, Hoan Ton-That, Richard Schwartz, 23cv02441

### Project Assumptions

| Project Assumptions | Volume / Percentage | Unit |
|---|---|---|
| Custodian Count | 1 | Data Sources |
| Average Data Per Custodian | 105 | GBs |
| Documents Per GB | 3,500 | Documents |
| Pages Per Document | 5 | Pages |
| Initial Filtering | 0 | % Removed |
| Expansion Size Ingested | 150 | % Expanded |
| Search/Filter | 80 | % Removed |
| Responsive | 30 | % Relevant |
| Redacted | 10 | % Redacted |
| Privileged | 5 | % Privileged |
| Length of Project | 3 | Months |

| Data/Document Lifecycle | Volume | Units |
|---|---|---|
| Collected | 105 | GBs |
| Post Initial Filter | 105 | GBs |
| Ingested/Expanded | 158 | GBs |
| Hosted | 41 | GBs |
| GB Reviewed | 32 | GBs |
| Docs Reviewed | 110,250 | Documents |
| Responsive | 33,075 | Documents |
| Redacted | 3,308 | Documents |
| Privileged | 1,654 | Documents |
| Docs Produced | 31,421 | Documents |
| Pages Produced | 157,106 | Pages |

### Project Estimate

| Service Item | Description | Volume | Unit | Rate | Monthly Total | Project Total |
|---|---|---|---|---|---|---|
| Certified Collections | Onsite/remote, collect, restore, examine | 1.00 | Hour | $275.00 | | $275.00 |
| Ingestion | Ingest, index, filter, search, de-duplication *Billed on the uncompressed data volume ingested | 157.50 | GB | $20.00 | | $3,150.00 |
| Promotion | Promotion of data to review platform | 31.50 | GB | $90.00 | | $2,835.00 |

[EXHIBIT B]

Classified as Confidential-External

This proposal contains proprietary and confidential information of UnitedLex and shall not be used, disclosed, or reproduced, in whole or in part, for any other purpose than to evaluate this proposal

**Project Estimate**

| Service Item | Description | Volume | Unit | Rate | Monthly Total | Project Total |
|---|---|---|---|---|---|---|
| eDiscovery Active Hosting - Relativity | Relativity preferred partner active data online hosting | 40.95 | GB/ Mo | $10.00 | $409.50 | $1,228.50 |
| Relativity User – External (Non-ULX) | All Relativity users assigned to database. If same user is assigned to multiple client databases, their cost is split between those databases. | 2.00 | User/Mo | $100.00 | $200.00 | $600.00 |
| All-In Production | Image, brand, OCR, create load files | 8.98 | GB | $295.00 | | $2,648.36 |
| Project Manager | Project Managers facilitate all aspects of the technical litigation lifecycle, including project communications, Relativity training, status reporting, budget creation and reporting, documentation of project specifications and tracking data metrics throughout the project lifecycle. This includes providing a consultative approach and best practice recommendations for all services. | 5.00 | Hour | $195.00 | $975.00 | $2925.00 |
| | | | | | **Total:** | **$14,051.86** |

[EXHIBIT B]

Classified as Confidential-External