UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHARLES JOHNSON,

                               Plaintiff,

             -against-

CLEARVIEW AI, INC., et al.,

                             Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2025

23-CV-2441 (KPF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On July 25, 2025, Defendants filed a letter seeking certain relief in connection with their damages inquest to which Plaintiff has not responded. ECF No. 98.

       **First**, Defendants seek an order compelling certain discovery. Defendants seek relevant documents that Plaintiff allegedly saved on a hard drive and provided to his counsel. Defendants seek either a copy of the hard drive, or to have Plaintiff retain a vendor to perform a search using already agreed upon search terms. Plaintiff is ordered to produce the hard drive by **August 6, 2025**, provide by that same date proof that a vendor has been retained and instructed to perform the search, or explain why such relief is not warranted. Plaintiff is also ordered to appear for a deposition on a date to be scheduled immediately and to occur no later than **September 19, 2025**. Defendants shall file a letter confirming the agreed upon date by **August 6, 2025**. Plaintiff's failure to comply with these orders may result in further sanctions.

       **Second**, Plaintiff is ordered to pay the $10,000 sanction ordered by the Court by no later than **August 15, 2025**. ECF No. 95. Failure to pay this sanction will result in the imposition of coercive measures.

**Third**, Defendants seek an extension of the deadline to file default papers. Defendants may file their Proposed Findings of Fact and Conclusions of Law by **October 6, 2025**. Plaintiff may file a response, if any, **30 days after service** of Defendants' submission.

**Fourth**, although not requested by the Defendants' letter, if the parties believe a settlement conference would be productive, they should immediately contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 31, 2025
          New York, New York