UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────
CHARLES JOHNSON,                          :
      Plaintiff- Counter-Defendant, :
                              :
                              :
— *versus* —                              :    23-cv-02441-KPF
                              :
                              :    NOTICE OF MOTION
CLEARVIEW AI, INC., HOAN          :
TON-THAT, RICHARD SCHWARTZ,   :
      Defendants-Counter-Plaintiffs.:
─────────────────────────────────

      **PLEASE TAKE NOTICE**, that upon pleadings had herein, and such other documents and pleading as filed Under Seal, the links incorporated by reference therein, and the accompanying Memorandum of Law in support of this motion, dated August 03, 2025, the undersigned will move this Court, before Hon. Katherine Polk Failla, , United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 618, New York, NY 10007, at a date and time set by the Court, for an Order, pursuant to LCivR 1.4(b), and such other statutes and rules relevant and pertinent thereto granting Movant counsel permission to withdraw and be relieved as counsel to Plaintiff-Counter-Defendant CHARLES JOHNSON, and for such other and further relief as this court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 6.1(b) and 6.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, answering papers, if any, are required to be served upon the undersigned within fourteen (14) business days following the date of service of this motion.

Dated: 03 August 2025
      Somers, NY

                                     Respectfully submitted,

1

/s/ Bernard V. Kleinman
Bernard V. Kleinman, Esq.
Attorney for Plaintiff CHARLES JOHNSON
Law Office of Bernard V. Kleinman, PLLC
108 Village Square
Suite 313
Somers, NY 10589-2305
Tel. 914.644.6660
Mobile 203.981.0781
Fax 914.694.1647
Email: *attrnylwyr@yahoo.com*

cc:   All counsel of Record by ECF
      Chas. Johnson, by email and USPS Mail