UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
CHARLES JOHNSON,
       Plaintiff- Counter-Defendant, :

— *versus* —                                   23-cv-02441-KPF

                                                  DECLARATION

CLEARVIEW AI, INC., HOAN
TON-THAT, RICHARD SCHWARTZ,          "SEALED"
       Defendants-Counter-Plaintiffs.:
------------------------------------

See **INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES, ¶ 9.C.i.**

ATTACHMENT A

RETAINER AGREEMENT

"SEALED"

See **INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES, ¶ 9.C.i.**

ATTACHMENT B

INVOICE

"SEALED"

See **INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES, ¶ 9.C.i.**