UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES JOHNSON,

               Plaintiff,

      -v.-

CLEARVIEW AI, INC.; HOAN TON-THAT; and RICHARD SCHWARTZ,

               Defendants.

23 Civ. 2441 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has received and reviewed the letter motion and declaration filed by Mr. Bernard V. Kleinman, counsel for Plaintiff Charles Johnson. (Dkt. #100, 101). The Court is aware that Magistrate Judge Sarah Netburn issued an order on July 31, 2025 (Dkt. #99), directing Plaintiff to retain a vendor to perform a search using already agreed upon search terms and produce the hard drive with relevant documents, or explain why such relief is not warranted, on or before August 6, 2025. Accordingly, Mr. Kleinman's motion to be relieved as counsel is denied without prejudice to its renewal, after the tasks ordered by Judge Netburn to be completed on or before August 6, 2025, are completed. The Clerk of Court is directed to terminate the pending motions at docket entries 100 and 101, and maintain docket entry 102 under seal.

    SO ORDERED.

Dated: August 4, 2025
       New York, New York

                                                    KATHERINE POLK FAILLA
                                                   United States District Judge