Admitted
U.S. Supreme Court
U.S. Courts of Appeals
2nd, 3rd, 4th 5th, 9th & 10th
U.S. District Courts
S.D.N.Y., W.D.N.Y.
E.D.N.Y., N.D.N.Y.
D. Md. W.D. Tex N.D. Tex.
D. Colo W.D. Okla W.D. Tenn
State Courts
New York   Colorado

# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW

| | |
|---|---|
| 108 VILLAGE SQUARE | 3578 EAST HARTSEL DRIVE |
| SUITE 313 | SUITE 362 |
| SOMERS, NY 10589-2305 | COLORADO SPRINGS, CO 80920 |

*TEL: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM  FAX: (914) 694-1647*

August 05, 2025

Hon. Katherine Failla
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 2103
New York, NY 10007

Re: *Johnson v. Clearview AI, et al.*, 23-cv-02441

Your Honor,

I am in receipt of the Court's most recent Order.  And, have forwarded same to Mr. Johnson.  I have advised him of the August 6, 2025 date as set forth in both Your Order and that of MJ Netburn.

Mr. Johnson's response has been as follows, when I inquired as to the whereabouts of the Apple computer and other devices upon which the subject files exist, and the Court's sanction payable on/before August 15, 2025, I was told the following:

"Oh okay. Not doing that."
"I gave it all away. I do not have it. Will not produce it and don't have it."
"Mr. Johnson gave away many of the possessions including his computer."

I would respectfully request that the Court accept renewal of the Rule 1.4 Motion, and grant the relief set forth therein.

Respectfully submitted,

/s/ Bernard V. Kleinman
Bernard V. Kleinman, Esq.

cc:    All counsel of record by ECF
       C. Johnson by email