```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CHARLES JOHNSON,

                         Plaintiff,                      23-CV-2441 (KPF)(SN)

      -against-                                 **ORDER**

CLEARVIEW AI, INC., et al.,

                        Defendants.

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Thursday, August 14, 2025, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The purpose of the conference will be to address: (1) default discovery, (2) Counterclaim Defendant's refusal to comply with the Court's orders, and (3) attorney Bernard V. Kleinman's motion to be relieved as counsel. For the avoidance of doubt, Charles Johnson, Mr. Kleinman, and Counterclaim Plaintiffs' counsel are ordered to appear in person.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      August 7, 2025
                New York, New York