Admitted
U.S. Supreme Court
U.S. Courts of Appeals
2nd, 3rd, 4th 5th, 9th & 10th
U.S. District Courts
S.D.N.Y., W.D.N.Y.
E.D.N.Y., N.D.N.Y.
D. Md. W.D. Tex N.D. Tex.
D. Colo W.D. Okla W.D. Tenn
State Courts
New York   Colorado

# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW

| 108 VILLAGE SQUARE | 3578 EAST HARTSEL DRIVE |
| SUITE 313 | SUITE 362 |
| SOMERS, NY 10589-2305 | COLORADO SPRINGS, CO 80920 |

*TEL: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM   FAX: (914) 694-1647*

August 05, 2025

Hon. Katherine Failla
U.S. District Judge
Southern District of New York
40 Foley Square
Courtroom 2103
New York, NY 10007



Re: <u>*Johnson v. Clearview AI, et al.*, 23-cv-02441</u>

Your Honor,

I am in receipt of the Court's most recent Order. And, have forwarded same to Mr. Johnson. I have advised him of the August 6, 2025 date as set forth in both Your Order and that of MJ Netburn.

Mr. Johnson's response has been as follows, when I inquired as to the whereabouts of the Apple computer and other devices upon which the subject files exist, and the Court's sanction payable on/before August 15, 2025, I was told the following:
> "Oh okay. Not doing that."
> "I gave it all away. I do not have it. Will not produce it and don't have it."
> "Mr. Johnson gave away many of the possessions including his computer."

I would respectfully request that the Court accept renewal of the Rule 1.4 Motion, and grant the relief set forth therein.

Respectfully submitted,

/s/ Bernard V. Kleinman
Bernard V. Kleinman, Esq.

cc:     All counsel of record by ECF
        C. Johnson by email

The Court has reviewed the above letter and DENIES without prejudice to renewal Mr. Kleinman's motion to be relieved as counsel, either at the conference before Judge Netburn on **August 14, 2025** (*see* Dkt. #105), or to Judge Netburn or this Court after the conference.

Dated:   August 8, 2025          SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE