UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARLES JOHNSON,

    Plaintiff and Counter-Claim Defendant,

    -against-

CLEARVIEW AI, INC., et al.,

    Defendants and Counter-Claim Plaintiffs.

-----------------------------------------------------------------X

23-CV-2441 (KPF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 14, 2025, the parties appeared for a conference to address: (1) default discovery; (2) Counter-Claim Defendant's refusal to comply with the Court's orders; and (3) attorney Bernard V. Kleinman's motion to be relieved as counsel. During the conference, Mr. Johnson consented on the record to Mr. Kleinman's motion to withdraw. Thus, in light of that consent and Mr. Kleinman's previous motions to withdraw, the Court GRANTS Mr. Kleinman's request to withdraw as counsel. See ECF Nos. 100-102, 104.

Accordingly, the Clerk of Court is directed to: (1) terminate Mr. Kleinman as counsel for Charles Johnson; (2) amend the docket to reflect that Charles Johnson is proceeding *pro se*, and (3) add his address to the docket: 1624 Fieldthorn Drive, Reston, Virginia 20194. Separately, the Court will file Mr. Johnson's Notice of Pro Se Appearance and Consent to Receive Electronic Notifications.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 14, 2025
              New York, New York