UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Johnson

Plaintiff(s),

-against-

Clearview AI Inc. et al.

Defendant(s).

RECEIVED
SDNY PRO SE OFFICE
2025 AUG 14 PM 12: 10

Docket No: 23 cv 2441 (KPF)(SN)

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☑ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Johnson, Charles C
Name (Last, First, MI)

☑ Plaintiff
☐ Defendant

1624 Fieldthorn Drive   Reston   VA   20194
Address   City   State   Zip Code

617-429-4718
Telephone Number

Charlescjohnson88@gmail.com
e-mail address

08/14/2025
Date

Signature