# EXHIBIT A



**From:** Bernie Kleinman <attrnylwyr@yahoo.com>
**Sent:** Monday, February 24, 2025 3:08 PM
**To:** Ronald Giller <rgiller@grsm.com>
**Subject:** Re: Clearview AI

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

The letter, as per the Court's Order, was submitted ex parte/in camera to Judge Failla on Friday, 2/21.

The available universe of ESI is preserved on the external hard drive created by Alston & Bird and contains all of the emails, postings, etc. of Mr. Johnson.

You can propose terms for a Boolean search, and I will consult with Mr. Johnson as to these. Once we reach agreement, I will provide the hard disk to whomever you have contracted with to do the search and generate the ESI that you are seeking to pursue this case.

I do understand that Mr. That is no longer an officer of Clearview AI, and no longer holds the position of CEO.
Is that related to some medical issues? Or, was that a decision of the Bd.? [If you know.]

B

Bernard V. Kleinman, Esq.
Attorney-at-Law
Law Office of Bernard V. Kleinman, PLLC
108 Village Square
Suite 313
Somers, NY 10589-2305
Tel. 914-644-6660
Fax: 914-694-1647
Mobile: 203-981-0781
LinkedIn: https://www.linkedin.com/in/bvkattorney
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (914) 644-6660, or by reply e-mail, and destroy



**From:** Bernie Kleinman <attrnylwyr@yahoo.com>
**Sent:** Friday, October 4, 2024 5:55 PM
**To:** Ronald Giller <rgiller@grsm.com>
**Subject:** Re: Johnson v. Clearview

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

```
Ron,
Was in shul most of the day.
Attached is Plaintiff Johnson's Requests to Admit.
Re: document production.  I received from prior Counsel more than 400GB of
documents, totaling in excess of 3.5 million document files.
I am endeavoring to reduce this to a manageable number.
I have a telecon with my Client for early next week, and hope to have a
more substantive response for you.
Bernie
```

**Bernard V. Kleinman, Esq.**
**Attorney-at-Law**
**Law Office of Bernard V. Kleinman, PLLC**
**108 Village Square**
**Suite 313**
**Somers, NY 10589-2305**
**Tel. 914-644-6660**
**Fax: 914-694-1647**
**Mobile: 203-981-0781**
**LinkedIn:** https://www.linkedin.com/in/bvkattorney

*This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (914) 644-6660, or by reply e-mail, and destroy all copies of the original message. Thank you.*
*Et cognoscetis veritatem, et veritas liberabit vos*

On Friday, October 4, 2024 at 03:15:12 PM EDT, Ronald Giller <rgiller@grsm.com> wrote:

Hi Bernie,