USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHARLES JOHNSON,

       Counter-Claim Defendant,

-against-

CLEARVIEW AI, INC., et al.,

       Counter-Claim Plaintiffs.

-------------------------------------------------------------X

23-CV-2441 (KPF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On August 14, 2025, the parties appeared for a conference to discuss, among other topics, default discovery and Charles Johnson's refusal to comply with the Court's orders. During that conference, Mr. Johnson stated on the record that he did not intend to comply with any Court ordered discovery or sanctions obligations.

    This serves as the Court's final directive that Mr. Johnson shall: (1) comply with his default discovery obligations explained in the Court's July 31, 2025 Order (ECF No. 99), and (2) appear for a deposition before September 19, 2025.

    Counter-Claim Plaintiffs shall file Proposed Findings of Fact and Conclusions of Law in support of their damages inquest no later than October 6, 2025. To the extent warranted, they may also seek an adverse inference in light of Mr. Johnson's refusal to comply with discovery orders. Mr. Johnson shall file a response, if any, within 30 days of service.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 8, 2025
          New York, New York