RONALD A. GILLER, ESQ.
RGILLER@GRSM.COM
DIRECT DIAL: 973-549-2501

MALLORY J. BENNER, ESQ.
MBENNER@GRSM.COM
DIRECT DIAL: 973-549-2555

**GRSM50**

GORDON REES SCULLY MANSUKHANI
YOUR **50 STATE** LAW FIRM™

ATTORNEYS AT LAW
1 BATTERY PARK PLZ
New York, NY 10004
WWW.GRSM.COM
(973) 549-2500

September 30, 2025

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  10/2/2025

**VIA ECF**
Chief Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **Charles Johnson v. Clearview AI, Inc., et. al.**
           **Case No. 1:23-cv-02441**

Dear Judge Netburn,

    We represent Defendants Clearview AI, Hoan Ton-That, and Richard Schwartz in this matter.

    Pursuant to Your Honor's Order dated September 9, 2025, Plaintiff was required to 1) comply with his default discovery obligations explained in the Court's July 31, 2025 Order (*Dkt.* 99); and 2) appear for a deposition before September 19, 2025. *Dkt.* 111.

    To date, Plaintiff has continued to proceed in bad faith and refuse to comply with this Courts orders. Specifically, when we contacted Plaintiff on September 9 to obtain his availability for his deposition, he replied "*thank you, but I intend to contest the order. Have a nice day.*" Based on Plaintiff's correspondence, and prior representations to the Court, it is clear that Plaintiff has no intention of ever complying with his Court-ordered discovery obligations and is purposefully obstructing Defendants' ability to obtain the discovery necessary to prepare an accurate assessment of damages.

    In addition, while not addressed in the Court's September 9 Order, Plaintiff has also failed to pay the outstanding $10,000 sanctions payment awarded by this Court on July 2, 2025, and ordered by Your Honor to be paid no later than August 18, 2025. *Dkt.* 95; 99.

    Defendants leave the question of additional sanctions for Plaintiff's continuous failure to abide by this Courts Orders to the Court's discretion (unless of course, the Court would like Defendants to file a more formal written submission concerning Plaintiff's willful failure to comply).

Hon. Sarah Netburn
September 30, 2025
Page 2

However, in light of Plaintiff's refusal to comply with these orders – which has undisputedly hindered Defendants ability to prepare its assessment of damages – Defendants are respectfully requesting another sixty (60) day extension for submitting its damage inquest papers, from October 6, 2025 to **December 5, 2025**, to provide Defendants with additional time to compile its evidence and attempt to fill in the gaps that Plaintiff has purposely omitted, to ensure Defendants are able to provide the Court with its best assessment of damages.

We thank the Court for its attention to this matter, and are of course, available for a conference at the Court's convenience if Your Honor deems necessary.

Respectfully Submitted,
GORDON & REES LLP

*/s/ Ronald A. Giller*

Ronald A. Giller, Esq.

RAG:MJB

---

Defendants shall file Proposed Findings of Fact and Conclusions of Law no later than December 5, 2025. Plaintiff shall file a response, if any, 30 days after service of Defendants' Proposed Findings of Fact and Conclusions of Law. Any additional request for sanctions should be included in the Proposed Findings of Fact and Conclusions of Law.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 2, 2025
New York, New York