```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARLES JOHNSON,

        Counter-Claim Defendant,                    23-CV-2441 (KPF)(SN)

        -against-                                                  **ORDER**

CLEARVIEW AI, INC., et al.,

        Counter-Claim Plaintiffs.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 5, 2025, Defendants filed Proposed Findings of Fact and Conclusions of Law seeking damages and attorneys' fees in connection with the default judgment entered on their counterclaim. ECF No. 114. However, the time entries submitted in support of Defendants' request for attorneys' fees are heavily redacted. The Court cannot assess the reasonableness of the requested fees where the descriptions of the work performed are redacted. The Court can either award Defendants fees based on the unredacted entries or, if Defendants seek fees based on the redacted entries, it must either file an unredacted version of the invoices or file a motion for leave to seal the entries by March 13, 2026.

        In addition, Plaintiff's time to oppose Defendants' Proposed Findings of Fact and Conclusions of Law has passed and, absent a filing by Plaintiff, the Court assumes he will not oppose the damages sought.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      March 6, 2026
               New York, New York