**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CHARLES JOHNSON,

Plaintiff,

-against-

CLEARVIEW AI, INC.; HOAN TONTHAT;
and RICHARD SCHWARTZ,

Defendants.

-----------------------------------------------------------------X

23 **CIVIL** 2441 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 23, 2026, the Court ADOPTS the Report in full and awards Defendants: (i) $862,500 for the cost of restoring Clearview's reputation, (ii) $565,000 for the loss of shareholder investments (iii) $59,361.75 for attorneys' fees and costs, and (iv) $209.94 in costs. Additionally, Plaintiff's unpaid $10,000 sanctions obligation shall be incorporated into the final judgment; accordingly, the case is closed.

**Dated:** New York, New York
November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**